1060

[No. 51218-8-I. Division One. July 14, 2003.]

MEI TRAN, *Appellant*, v. YUE HAN YU, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-30088-1, Sharon S. Armstrong, J., entered September 20, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Coleman and Ellington, JJ. Now published at 118 Wn. App. 607.

[No. 51337-1-I. Division One. July 14, 2003.]

HEATHER LOWENTHAL, *Respondent*, v. RICK PORTIN, ET AL., *Defendants*, LARRY NAMER, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 01-2-12924-4, James D. Cayce, J., entered October 8 and 15, and December 6, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington and Schindler, JJ.

[No. 28711-1-II. Division Two. July 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. R.A., *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 01-8-00117-6, Thomas J. Majhan, J., entered April 4, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 29813-9-II. Division Two. July 1, 2003.]

ELJEN CORPORATION, *Appellant*, v. THE DEPARTMENT OF HEALTH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-02241-2, Wm. Thomas McPhee, J., entered July 26, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.